# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 15, 2022

## NO. 03-22-00412-CR

### Ex parte Eduardo Santander-Jaimes

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED AS MOOT-- OPINION BY JUSTICE BAKER**

This is an appeal from an order reducing the amount of bail entered by the trial court. Having reviewed the record, the Court finds that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.